No. 17–0211/AR. U.S. v. Sean A. Mecker. CCA 20150533. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0215/AR. U.S. v. Kevin Greytunkl. CCA 20150644. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues II, III and IV, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0219/AR. U.S. v. George L. Smith II. CCA 20160266. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue 11 raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0220/AR. U.S. v. Andrew D. Curry. CCA 20140860. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0225/AR. U.S. v. Mario I. Jeffers. CCA 20150740. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue II, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0229/AR. U.S. v. Lauro P. Francisco. CCA 20140541. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0230/AR. U.S. v. William E. Threet. CCA 20140852. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue II, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0233/AR. U.S. v. Nija D. Jones. CCA 20150189. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0234/AR. U.S. v. Wendell W. Benjamin. CCA 20130092. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue II, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0237/AR. U.S. v. Andrew M. Viera. CCA 20150487. On consideration of the petition for grant of review of the decision of the United States Army Court of

Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0238/AR. U.S. v. Terrance T. Johnson. CCA 20140297. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0239/AR. U.S. v. Marcus L. Pretlow. CCA 20150220. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0245/AR. U.S. v. Terry J. Ayers. CCA 20160362. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0248/AR. U.S. v. Anthony T. Davenport. CCA 20150322. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues III, IV, and V, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0249/AR. U.S. v. Olyn V. Lowrey. CCA 20150466. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0256/AR. U.S. v. Jason E. Dunham. CCA 20150467. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0258/AR. U.S. v. Keevan D. Tyson. CCA 20160580. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0305/AR. U.S. v. Marcus A. Barksdale, Jr. CCA 20160587. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on issue two raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.